IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT COURT OF MISSOURI

| | | |
|---|---|---|
| GORDON GREWING, individually and on behalf of all others similarly situated, | ) ) ) ) | CASE NO. 19-CV-00928-DGK |
| Plaintiff, | ) ) | **NOTICE OF VOLUNTARY DISMISSSAL** |
| v. | ) ) ) | **WITHOUT PREJUDICE** |
| HY-VEE, INC., an Iowa corporation, | ) ) | |
| Defendant. | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff hereby dismisses his complaint without prejudice. This dismissal without prejudice is effective on filing without further action by the Court.

Dated: December 5, 2019

Respectfully submitted,

*/s/ Barbara C. Frankland*
Barbara C. Frankland, MO # 45223
Sarah T. Bradshaw, MO # 66276
REX A. SHARP, P.A.
5301 West 75th Street
Prairie Village, KS 66208
(913) 901-0505
(913) 901-0419
bfrankland@midwest-law.com
sbradshaw@midwest-law.com

*Counsel for Plaintiff Gordon Grewing and the Putative Class*