**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| GORDON GREWING, individually and on behalf of all others similarly situated | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 4:19-CV-00928-DGK |
| HY-VEE, INC., | ) ) | |
| Defendant. | ) | |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Now before the Court is Plaintiff's Voluntary Dismissal without Prejudice (Doc. 7), brought pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Because Plaintiff dismissed his case under Rule 41(a)(1)(A)(i), the dismissal was effective at the time it was filed.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  This dismissal was not contingent on the Court approving or accepting it, so the case has already been dismissed without prejudice.

**IT IS SO ORDERED.**

Date:    December 6, 2019                    /s/ Greg Kays
                                         GREG KAYS, JUDGE
                                         UNITED STATES DISTRICT COURT